IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Short,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:12cv574

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 10, 2013 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 29, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny Plaintiff Disability Insurance Benefits is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. §405(g).

On remand, the ALJ will determine whether plaintiff's impairments meet or equal listing 1.04A and provided a clear rational for each determination. The ALJ will also re-evaluate the remaining errors raised by plaintiff.

This case is hereby **TERMINATED.**

IT IS SO ORDERED.

Chief Judge Susan J. Dlott
United States District Court