IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Short,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:12cv574

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 2, 2013 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b). The parties have stipulated, therefore the Court ADOPTS the said Report and Recommendation.

Accordingly, plaintiff's motion for fee (Doc. 16) is **DENIED** as moot in light of the parties' filed joint stipulation of fees.

Pursuant to the parties stipulation (Doc. 17), plaintiff is awarded the total sum of $3,500.00 in attorney's fees and costs under the Equal Access to Justice Act.

IT IS SO ORDERED.

*/s/ Susan J. Dlott*
Chief Judge Susan J. Dlott
United States District Court