IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William Short, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv574 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 16, 2015 a Report and Recommendation (Doc. 22).  Subsequently, the plaintiff filed objections to such Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the alternative Recommendation should be adopted.

Accordingly, plaintiff's motion for approval of attorney's fees under 42 U.S.C. §406(b) is granted in part.  The requested fee is reduced to an award that reflects a payment to counsel of $3,081.25 out of the past-due benefits award which, when added to her prior receipt of $3,500 under the Equal Access for Justice Act, amounts to compensation that is reasonable under the circumstances.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court